| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
|   | FAX: (415) 436-6927 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EDUARD KHAYKIN, | ) | |
|   | ) | Case No. 06-4276-MHP |
| Plaintiff, | ) | |
|   | ) | |
| v. | ) | |
|   | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | **STIPULATION TO DISMISS;** |
| MICHAEL CHERTOFF, SECRETARY; US | ) | **AND [PROPOSED] ORDER** |
| ATTORNEY GENERAL, ALBERTO GONZALES; | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, EMILIO T. | ) | |
| GONZALEZ, DIRECTOR; UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
| ALFONSO AGUILAR, CHIEF; UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
| DAVID STILL, DISTRICT DIRECTOR, | ) | |
|   | ) | |
| Defendants. | ) | |
|   | ) | |

The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action because the United States Citizenship and Immigration Services will adjudicate the plaintiff's application for naturalization within 30 days.

STIPULATION TO DISMISS AND PROPOSED ORDER
C06-4276-MHP                                                    1

1 | Date: September 18, 2006        Respectfully submitted,

                                       KEVIN V. RYAN
                                       United States Attorney

                                       /s/
                                       EDWARD A. OLSEN[1]
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Date: September 18, 2006        /s/
                                       MONICA KANE
                                       Jewish Family & Children's Services
                                       Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 20, 2006

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

---

[1] I, Edward A. Olsen, attest that both Monica Kane and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS AND PROPOSED ORDER
C06-4276-MHP                          2